**DISMISS and Opinion Filed August 3, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

_____

**No. 05-23-00564-CV**
_____

**IN THE INTEREST OF K.J.S., A MINOR CHILD**

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-21-19995**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Reichek, and Miskel
Opinion by Justice Miskel

Appellant Father filed a petition for divorce and appellee Mother filed a counter-petition seeking a declaratory judgment that the parties did not have a common law marriage. The parties sought conservatorship and child support for their child in their respective petitions. Appellant appeals from the trial court's declaratory judgment finding that no marriage existed between the parties. Because the trial court's judgment left pending the issues of conservatorship and support for the parties' child, we questioned our jurisdiction over this appeal. We directed appellant to file, by July 21, 2023 a letter brief addressing the Court's concern and

cautioned him that failure to do so may result in dismissal of the appeal without further notice. To date, appellant has not responded.

Generally, this Court has jurisdiction over final judgments and certain interlocutory orders as permitted by statute. *See Lehmann v. Har–Con Corp.,* 39 S.W.3d 191, 195 (Tex. 2001); TEX. CIV. PRAC. & REM. CODE ANN. § 51.014(a) (listing appealable interlocutory orders). A final judgment is one that disposes of all parties and claims. *See Lehmann*, 39 S.W.3d at 195.

Because the judgment does not resolve the claims regarding conservatorship and support for the parties' child and those claims remain pending, we dismiss the appeal for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a).


230564f.p05

/Emily Miskel/
EMILY MISKEL
JUSTICE



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF K.J.S., A
MINOR CHILD

No. 05-23-00564-CV

On Appeal from the 254th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DF-21-19995.
Opinion delivered by Justice Miskel.
Justices Partida-Kipness and Reichek
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee Ayesha Rashetta Langrum recover her costs of this appeal from appellant William Blaine Sanders.

Judgment entered this 3rd day of August, 2023.